AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |

**OFFENSE CHARGED**

21 U.S.C. § 844(a) - Possession of a Controlled Substance (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

*E-filing*

**PENALTY:**
Maximum prison term of one year
Maximum fine of $100,000; Minimum fine of $1,000
Maximum supervised release term 1 year
A $25 special assessment fee.

**DEFENDANT - U.S.**

▶ JAIME G. MEANS

DISTRICT COURT NUMBER

CR 07 0581 MAG

*(FILED stamp: RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, 07 SEP [?] PM 3:05)*

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

U.S. Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   WENDY THOMAS

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 9/17/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
                        E-filing
7
8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11                              CR 07      0581
12                                                                    MAG
13  UNITED STATES OF AMERICA,        )   No.
                                     )
14        Plaintiff,                 )   VIOLATION: Title 21 - United States
                                     )   Code, Section 844(a) - Possession of a
15     v.                            )   Controlled Substance (Class A
                                     )   Misdemeanor)
16  JAIME G. MEANS,                  )
                                     )   SAN FRANCISCO VENUE
17        Defendant.                 )
                                     )
18  _____   )
19
20                              INFORMATION
21  The United States Attorney charges:
22     On or about August 2, 2007, in the Northern District of California, within the boundaries of
23  an area administered by the National Park Service, the defendant,
24                              JAIME G. MEANS,
25  did knowingly and intentionally possess a schedule II controlled substance, to wit: a mixture of
26  //
27  //
28  //

INFORMATION



[FILED stamp: 07 SEP 12 PM 3:05, RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

1  substances containing a measurable quantity of methamphetamine, in violation of Title 21,
2  United States Code, Section 844(a), a Class A misdemeanor.
3
4
5
6  DATED: 9/12/07                                SCOTT N. SCHOOLS
                                                 United States Attorney
7
8
9                                                GREGG W. LOWDER
                                                 Deputy Chief, Major Crimes Section
10
11 (Approved as to form: _____ )
                           WENDY THOMAS
12                         Special Assistant United States Attorney
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION