RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:   (510) 272-0711

Attorney for Defendant
JAIME G. MEANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAIME G. MEANS,

    Defendant.
_____/

CR. 07-0581-01-NJV

**STIPULATION TO CONTINUE SENTENCING**

Defendant JAIME MEANS, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Wendy Thomas hereby stipulate and agree that the sentencing presently set for January 4, 2008, at 9:30 a.m. be continued to March 14, 2008, at 9:30 a.m.   This continuance is based on Mr. Means enrollment, as of December 14, 2007, in a 30 day residential drug program at Ohlhoff Recovery Program, Skip Byron Primary Program.   Following his completion of the initial 30 day program, he will participate in a five month residency in the Men's Residential Program.

///

///

U.S. Probation Officer Ann Searles has no objection to this continuance.

Date:   December 17, 2007					/s/ Randy Sue Pollock
								RANDY SUE POLLOCK
								Counsel for Defendant
								JAIME G. MEANS

Date:   December 17, 2007					/s/ Wendy Thomas
								WENDY THOMAS

SO ORDERED:

DATE:_____					_____
								NANDOR J. VADAS
								United States Magistrate Judge