03/18/2008 12:44 PM EDT                                                                                          Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case No. DCAN307CR000581 | | | | | | | |
| 001 | JAIME G. MEANS | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 54611002780 | 1 | PR | 25.00 | 03/14/2008 |
| | | | | | | Division Payment Total | | | 25.00 | |
| | | | | | | Grand Total | | | 25.00 | |

*Handwritten:* $25.00 SPECIAL ASSESSMENT PAID IN FULL CK 3-14-08

*Handwritten:* CR 07-581 MAG

**FILED**
MAR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 1